United States District Court
Southern District of Texas
**ENTERED**
October 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHERYL A. PRIDGEN, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-83 |
| NATIONSTAR MORTGAGE, LLC; dba MR. COOPER GROUP, INC., | § § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed and signed by Plaintiff Cheryl A. Pridgen and Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper. (D.E. 26). The Joint Stipulation of Dismissal with Prejudice is effective because it is signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this case. It is **ORDERED** that the parties bear their own costs, fees, and expenses.

SIGNED and ORDERED this ___ day of October 2019.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE